UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERI BENDICK, | ) | CIVIL ACTION NO. 4:20-CV-783 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| Defendant | ) | |

ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute this case and abide by court orders.

(2) The Clerk of Court is DIRECTED to CLOSE this case.

Date: September 28, 2021            BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge